### 13156. SMITH *v.* THE STATE.

LUKE, J. The defendant was convicted of unlawfully manufacturing liquor. The evidence authorized the conviction and the verdict has the approval of the trial judge.

The assignment of error upon the court's refusal to continue the case does not show an abuse of that discretion which the law grants to the judge.

The assignment of error upon the form of the verdict is without merit. The defendant received the minimum punishment for the offense of which he was convicted.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 7, 1922.

Indictment for making liquor; from Harris superior court — Judge Munro. November 3, 1921.

*Hardy & Peavy,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

### 13171. MONROE *v.* THE STATE.

LUKE, J. This case is here for review upon the sole assignment of error that the verdict was not authorized by the evidence. There is evidence to support the verdict, which has the approval of the trial judge, and it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 7, 1922.

Accusation of larceny; from city court of Brunswick — Judge Butts. December 17, 1921.

*Frank H. Harris, Robert W. Durden,* for plaintiff in error.

*F. M. Scarlett Jr., solicitor,* contra.